```
 1
 2
 3
 4
 5
 6
 7                    UNITED STATES DISTRICT COURT
 8                   CENTRAL DISTRICT OF CALIFORNIA
 9
10
11  PEDRO CARO,                     ) Case No. CV 08-5059-AG(RC)
                                    )
12                  Petitioner,     )
                                    )
13  vs.                             ) ORDER ADOPTING REPORT AND
                                    ) RECOMMENDATION OF UNITED STATES
14  JAMES A. YATES, WARDEN, ET AL.,) MAGISTRATE JUDGE
                                    )
15                  Respondents.    )
                                    )
16
17       Pursuant to 28 U.S.C. Section 636, the Court has reviewed the
18  petition and other papers along with the attached Report and
19  Recommendation of United States Magistrate Judge Rosalyn M. Chapman,
20  as well as petitioner's objections, and has made a de novo
21  determination.
22
23       IT IS ORDERED that (1) the Report and Recommendation is approved
24  and adopted; (2) the Report and Recommendation is adopted as the
25  findings of fact and conclusions of law herein; and (3) Judgment shall
26  be entered denying the petition and dismissing the action with
27  prejudice.
28  //
```

IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order, the Magistrate Judge's Report and Recommendation and Judgment by the United States mail on petitioner.

DATED:   July 31, 2009

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

R&R\08-5059.ado
7/1/09

2