UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO CARO,<br><br>　　　　Petitioner,<br><br>vs.<br><br>JAMES A. YATES, WARDEN, ET AL.,<br><br>　　　　Respondents. | Case No. CV 08-5059-AG(RC)<br><br>JUDGMENT |

Pursuant to the Order of the Court adopting the findings, conclusions, and recommendations of United States Magistrate Judge Rosalyn M. Chapman,

IT IS ADJUDGED that the petition for writ of habeas corpus is denied and the action is dismissed with prejudice.

DATE: July 31, 2009

/s/ Andrew J. Guilford
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

R&Rs\08-5059.jud
7/1/09